**Opinion issued July 2, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

―――――――――――――――

## NO. 01-23-00734-CV

―――――――――――――――

**LATOYA TYLER, Appellant**

**V.**

**5410 N BRAESWOOD BLVD HOUSTON LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1205944**

---

## MEMORANDUM OPINION

Appellant, LaToya Tyler, filed a notice of appeal from the trial court's September 27, 2023 final judgment. Appellant has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

The record in this appeal was originally due on or before November 27, 2023. The clerk's record was filed on November 15, 2023, and the reporter's record was filed on December 19, 2023. Accordingly, appellant's brief was due to be filed on or before January 18, 2024. *See* TEX. R. APP. P. 38.6(a). Appellant did not file an appellant's brief.

On January 29, 2024, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not adequately respond.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c), 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.